UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY DETENTION FACILITY, et al.,<br><br>    Defendants. | No. 2:13-cv-2566 GEB CKD P<br><br><br><br>ORDER |

On January 27, 2015, plaintiff filed two motions to compel discovery. (ECF Nos. 30, 31.) Defendant has opposed the motions, arguing that they are untimely, among other issues. (ECF No. 35.)

The Discovery and Scheduling Order in this action required all motions necessary to compel discovery to be filed by September 5, 2014. (ECF No. 19 at 5.) As plaintiff has provided no compelling reason to modify the scheduling order, his discovery motions are untimely, and the court need not reach defendant's alternative arguments for dismissal.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to compel (ECF Nos. 30
2 and 31) are denied as untimely.
3 Dated: February 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10   2 / alex2566.36