UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY DETENTION FACILITY, et al.,<br><br>    Defendants. | No. 2:13-cv-2566 GEB CKD P<br><br><br><br>ORDER |

    The parties' motions for summary judgment are pending in this pro se prisoner action pursuant to 42 U.S.C. § 1983. (ECF Nos. 22, 39.) Before the court are two recent motions by plaintiff. (ECF Nos. 41, 44.)

    The first motion consists of a request to a federal agency, pursuant to the Freedom of Information Act, to review an April 2013 video. (ECF No. 41.) The second is a "motion to locate and preserve Solano County Detention Facility Surveillance Camera Video Files" concerning the April 26, 2013 incident. (ECF No. 44.) Plaintiff asserts that this video "will show [defendant's] use of excessive force" against him. (Id. at 2.)

    The Discovery and Scheduling Order in this action required all motions necessary to compel discovery to be filed by September 5, 2014. (ECF No. 19 at 5.) As plaintiff has provided no compelling reason to modify the scheduling order, his discovery motions are untimely.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to compel (ECF Nos. 41 & 44) are denied as untimely.

Dated: April 21, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / alex2566.disc