UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. ALEXANDER, | No. 2:13-cv-2566 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY DETENTION FACILITY, et al., | |
| Defendants. | |

Plaintiff has requested the court to order defendant to produce "a copy of the video documentation" of the incident at issue in this action. (ECF No. 57.) The deadline for filing motions to compel in this action has passed. (See ECF Nos. 19 & 36.) Although discovery has been reopened for the limited purpose of allowing plaintiff to respond to defendant's May 2014 discovery requests, it is otherwise closed. (ECF No. 56.) Thus plaintiff's belated motion to compel discovery will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for court to order copy of video documentation evidence (ECF No. 57) is denied.

Dated: September 9, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / alex2566.411