UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY DETENTION FACILITY, et al.,<br><br>    Defendants. | No.  2:13-cv-2566 GEB CKD P<br><br><br>ORDER |

On October 21, 2015, defendant Connors filed a motion for summary judgment. (ECF No. 59.) Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  December 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / alex2566.osc(2)